76202. RHODES et al. v. THE STATE.
(370 SE2d 219)

SOGNIER, Judge.

Appellants Woodrow Rhodes and Deron Walters were convicted of arson in the first degree and two counts of aggravated battery at a joint trial, and they appeal on the general grounds. We have examined the entire transcript and find the evidence sufficient to meet the standard of proof required by *Jackson v. Virginia*, 443 U. S. 307 (99 SC 2781, 61 LE2d 560).

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED MAY 20, 1988.

*Harry J. Bowden*, for appellants.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, David Wright, Nancy A. Grace, Assistant District Attorneys*, for appellee.